### DUTTON *et al. v.* NIX *et al.*

GILBERT, J. The evidence authorized the jury to find the issue in favor of the plaintiffs, and none of the assignments of error require a reversal of the judgment of the trial court in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
No. 315. NOVEMBER 17, 1917.

Equitable petition. Before Judge Jones. White superior court. March 24, 1917.

*I. L. Oakes,* for plaintiffs in error.

*W. A. Charters* and *Pat Haralson,* contra.